IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL | : | NO. 17-CV-3046 |

ORDER

AND NOW, this 27th day of February, 2019, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 16), and the Plaintiff's objections thereto and Defendant's response thereto, it is hereby ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Petitioner's Request for Review (Doc. No. 9) is DENIED and the final order of the Commissioner of Social Security is AFFIRMED;
3. Judgment is ENTERED by separate document, filed contemporaneously. See Shalala v. Schaefer, 509 U.S. 292, 303 (1993); Kadelski v. Sullivan, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and
4. The Clerk of Courts shall mark this case CLOSED for all purposes including statistics.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.